Court's responsibility to preserve the integrity of the Bar. *In re Briggs* (1987), Ind., 502 N.E.2d 890; *In re Stanton* (1986), Ind., 492 N.E.2d 1056; *In re Duffy* (1985), Ind., 482 N.E.2d 1137.

This case involves an intentional misrepresentation in the course of professional conduct. Respondent deliberately presented to a adjudicatory body documents known to be false with a view toward the deceiving that agency. In the eyes of this Court, this is a very serious matter and the degree of discipline must demonstrate our concern. Taking all of these factors into consideration, we now conclude that a period of suspension is appropriate for the misconduct found in this case.

It is therefore ordered by this Court that, by reason of the professional misconduct found under the complaint filed in this cause, the Respondent is suspended from the practice of law in the State of Indiana for a period of one year, beginning August 1, 1988.

Costs of this proceeding are assessed against the Respondent.

resignation pursuant to Admission and Discipline Rule 23, Section 17.

And this Court, being duly advised, now finds that this affidavit meets the necessary elements set forth in Admission and Discipline Rule 23, Section 17, and, accordingly, such resignation should be accepted.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED by this Court that Stephen R. Goot is hereby removed as a member of the Bar of this State and that the Clerk of this Court strike his name from the roll of attorneys. It is also Ordered that the Respondent must comply with the provisions of Admission and Discipline Rule 23, Section 4, in order to become eligible for reinstatement in the future.

The Clerk of this Court is directed to forward notice of this Order in accordance with the provisions of Admission and Discipline Rule 23, Section 3(d) governing disbarment and suspension.

All Justices concur.

**In the Matter of Stephen R. GOOT.**

**No. 45S00–8807–DI–609.**

Supreme Court of Indiana.

July 7, 1988.

### ORDER ACCEPTING RESIGNATION

Comes now Stephen R. Goot, an attorney subject to the disciplinary jurisdiction of this Court, and tenders his affidavit for

**STATE of Indiana, Appellant (Plaintiff Below),**

v.

**David S. PETRY, Appellee (Defendant Below).**

**No. 48A02–8703–CR–90.**

Court of Appeals of Indiana, Second District.

June 22, 1988.